Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JOSETTE JEANEEN TORREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE JEANEEN TORREZ | Case No.: 2:16-cv-01078-KJN |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Josette Jeaneen Torrez and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from October 21, 2016 to November 4, 2016 for Plaintiff to file a motion for summary judgment and/or remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. Specifically, Defendant's opposition shall be due on or before December 5, 2016.  Plaintiff's reply, if any, shall be due on or before December 26, 2016.  This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel who has been scheduled to appear in an out-of-state hearing on short notice (waiving 20 days written notice) due to unforeseen circumstances which occurred in another matter. Counsel will be traveling and requests additional time to fully research the issues presented. Counsel sincerely apologizes to the Court, its staff, and all parties involved for any inconvenience this may have caused.

DATE: October 18, 2016           Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
    _____
    Cyrus Safa
    Attorney for plaintiff Josette Jeaneen Torrez

DATE:  October 18, 2016

PHILLIP A. TALBET
*United States Attorney*

DEBORAH LEE STACHEL
*Regional Chief Counsel*

BY: /s/ *Jeffrey T. Chen*
    _____
    Jeffrey T. Chen
    Special Assistant United States Attorney
    Attorneys for defendant Carolyn W. Colvin
    |*authorized by e-mail|

IT IS SO ORDERED.   _____

Dated:  October 20, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-2-